IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § | C.A. No. 2:15-cv-1877-JRG-RSP |
| v. | § | LEAD CASE |
| | § | |
| AMERICAN HONDA MOTOR CO., INC., *et al.*, | § § § | |
| Defendants. | § | |
| | § | |
| | § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § | C.A. No. 2:15-cv-01979-JRG-RSP |
| v. | § | CONSOLIDATED CASE |
| | § | |
| TOYOTA MOTOR SALES USA, INC., | § | |
| Defendant. | § | |

## ORDER

On this day the Court considered Plaintiff Rothschild Connected Devices Innovations, LLC's Unopposed Motion to Dismiss Toyota Motor Sales USA, Inc. It is therefore ORDERED that all claims by and between these parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 2nd day of September, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE